**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

BOB NICHOLS

    VS                                                                                           CASE NO.   4:20-cv-00261-AW-MAF

JARED MILLER,
in his official capacity as SHERIFF,
WAKULLA COUNTY, FLORIDA; and
SCOTT POWELL, in his individual
capacity

**JUDGMENT**

Based on the parties' stipulation, Counts III, IV, V, VI, and VII are dismissed with

prejudice. The remaining claims (Counts I and II) are remanded to state court.

                                                                       JESSICA J. LYUBLANOVITS
                                                                       CLERK OF COURT

 February 8, 2021                              s/Betsy Breeden
DATE                                                   Deputy Clerk: Betsy Breeden